**Dismissed and Opinion Filed September 26, 2018.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01018-CV

## IN RE ROCKHILL INSURANCE COMPANY, INTERNATIONAL INSURANCE COMPANY OF HANNOVER SE, ANTARES AUL 124, AND LIBERTY SYNDICATE LIB 4472 VIA PIONEER UNDERWRITING, Relators

**Original Proceeding from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-08647**

## MEMORANDUM OPINION

Before Justices Lang, Myers, and Whitehill
Opinion by Justice Lang

Before the Court is relators' motion to withdraw petition for writ of mandamus due to the settlement of the underlying proceeding. Without passing on the merits of the case, we grant relators' motion to withdraw the petition for writ of mandamus and dismiss this proceeding. TEX. R. APP. P. 42.1(a)(1). Having dismissed the petition at the relators' request, no motion for rehearing will be entertained.

/Douglas S. Lang/
DOUGLAS S. LANG
JUSTICE

181018F.P05